Lita Beth Wright, Esq.
STORCH AMINI & MUNVES PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
*Attorneys for Defendants Charlotte Danielson,*
  *Outcome Associates, Inc. and The Danielson Group, LLC*

Of Counsel:
Steven G. Storch (admitted *pro hac vice)*
Edward P. Dolido (admitted *pro hac vice*)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDUCATIONAL IMPACT, INC. : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | DOCKET NO.:  3:14-CV-00937-FLW-LHG |
| v. : | |
| : | **Motion Date: July 21, 2014** |
| CHARLOTTE DANIELSON : | (Oral Argument is Requested) |
| 12 Gordon Way : | |
| Princeton, NJ 08540 : | |
| : | |
| and : | |
| : | |
| OUTCOMES ASSOCIATES, INC. : | **NOTICE OF MOTION OF** |
| 12 Gordon Way : | **THE DANIELSON DEFENDANTS** |
| Princeton, NJ 08540 : | **TO DISMISS PLAINTIFF'S FIRST** |
| : | **AMENDED COMPLAINT** |
| and : | |
| : | |
| THE DANIELSON GROUP LLC : | |
| 12 Gordon Way : | |
| Princeton, NJ 08540 : | |
| : | |
| and : | |
| : | |
| TEACHSCAPE, INC. : | |
| 71 Stevenson Street : | |
| 5th Floor : | |
| San Francisco, CA 94105 : | |
| : | |
| Defendants. : | |

To:    Alan L. Frank, Esq.                          Joseph B. Fiorenzo, Esq.
      ALAN L. FRANK LAW                 SOKOL, BEHOT & FIORENZO
         ASSOCIATES, P.C.                   433 Hackensack Avenue
      135 Old York Road                        Hackensack, NJ 07601
      Jenkintown, PA 19046                      -and-
      *Attorneys for Plaintiff*                     Ronald S. Wynn, Esq.
                                                             HANSON BRIDGETT LLP
                                                              425 Market Street, 26th Floor
                                                              San Francisco, CA 94105
                                                              *Attorneys for Defendant Teachscape, Inc.*

**PLEASE TAKE NOTICE** that on July 21, 2014, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants Charlotte Danielson, Outcomes Associates, Inc. and The Danielson Group, LLC (collectively, the "Danielson Defendants"), shall move before the Honorable Freda L. Wolfson, at Room 5E of the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for the entry of an Order dismissing Plaintiff's First Amended Complaint as against them pursuant to Fed. R. Civ. P. 12(b)(6) on the ground that it fails to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the Danielson Defendants shall rely upon the accompanying (1) Danielson Defendants' Memorandum of Law in Support of Their Motion to Dismiss the First Amended Complaint as Against Them; (2) Certification of Lita Beth Wright, Esq., dated June 20, 2014, and exhibits 1 through 3 thereto (including the First Amended Complaint herein together with its exhibits); and (3) proposed order.

**PLEASE TAKE FURTHER NOTICE** that opposing papers, if any, are to be served and filed on or before July 7, 2014. Oral argument of the motion is requested.

Dated: June 20, 2014            STORCH AMINI & MUNVES PC
                                       *Attorneys for Defendants Charlotte Danielson*
                                          *Outcome Associates, Inc. and The Danielson Group, LLC*

                                         By:        s/ *Lita Beth Wright*
                                                           Lita Beth Wright